H. ERNESTO CASTILLO (Cal. Bar No. 220900)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:    beleslaw@yahoo.com

Attorney for Defendant
NAUSHAD BUKSH

United States District Court

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 4:12-00381-YGR-1 |
| Plaintiff, | **CORRECTED STIPULATION AND ORDER CONTINUING** |
| v. | **SENTENCING AS TO DEFENDANT BUKSH** |
| NAUSHAD BUKSH, | |
| Defendant. | |

**[CORRECTED] STIPULATION CONTINUING SENTENCING**

It is hereby stipulated by and between Defendant NAUSHAD BUKSH, by and through his undersigned counsel, the United States of America, through Assistant United States Attorney THOMAS MOORE, and the United States Probation Office, through U.S. Probation Officer CONSTANCE M. COOK, that the Sentencing hearing, currently set for Thursday, May 9, 2013 at 2:00 p.m., be vacated and continued to **Wednesday, June 12, 2013 at 2:00 p.m**.

Defense counsel is currently scheduled to begin a jury trial on People v. Mosqueda, Case No. H51281, in the county of Alameda on May 1, 2013. This case is a multiple count 288(A) case in which multiple witnesses have been subpoenaed to testify and is expected to last approximately three weeks.

Additionally, defense counsel is expecting the birth of his second child on May 23, 2013 and will be taking one week of family leave beginning on that date through May 31, 2013.

For the aforementioned reasons, the parties respectfully request that the sentencing hearing set for Thursday, May 9, 2013 at 2:00 p.m. be vacated and reset to **Wednesday, June 12, 2013 at 2:00 p.m.**

Respectfully submitted,

DATED: May 1, 2013  /s/ HEC_____
H. ERNESTO CASTILLO
Attorney for *NAUSHAD BUKSH*

DATED: May 1, 2013  /s/ TM_____
THOMAS MOORE
Assistant U.S. Attorney

MELINDA HAAG
United States Attorney

DATED: May 1, 2013  /s/ CMC_____
CONSTANCE M. COOK,
U.S. Probation Officer

**IT IS SO ORDERED.**

DATED: May 2, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2
[Corrected] Stipulation and Order Continuing Sentencing