H. Ernesto Castillo, Bar No. 220900
The Ordway Building
1 Kaiser Plaza, Suite 2300
Oakland, CA 94612

Attorney for Naushad Buksh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> vs.<br><br>Naushad Buksh,<br><br>   Defendant | Case No.: CR 12-00381-1 YGR<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

It is hereby stipulated by H. Ernesto Castillo, counsel for Naushad Bush, Assistant U.S. Attorney Thomas Moore, and U.S. Probation Officer Constance Cook, that the sentencing hearing currently set for Wednesday June 12, 2013 at 2:00 p.m. be vacated and continued to Wednesday June 20, 2013 at 2:00 p.m.

Defense counsel has received new and unexpected medical information that may reflect on Mr. Buksh's current mental health and, possibly, impact sentencing in this matter. The defense needs the requested additional time to investigate this information and determine what potential significance it may have on this case.

For this reason the defense requests that the sentencing hearing be continued to June 20, 2013 at 2:00 p.m.

                         Respectfully submitted,

Dated: June 11, 2013                  __/s/ HEC_____
                            H. ERNESTO CASTILLO
                            Attorney for Naushad Buksh

Dated: June 11, 2013      /s/ TM
THOMAS MOORE
Assistant U.S. Attorney

Dated: June 11, 2013      /s/ CMC
CONSTANCE M. COOK
U.S. Probation Officer

**IT IS SO ORDERED.**

Dated: June 11, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE